IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MICHAEL D. GREER and GREER,
RUSSELL, DENT & LEATHERS, PLLC                                    PLAINTIFFS

v.                                          CIVIL ACTION NO. 1:17-cv-00125-GHD-DAS

CAROLINA CASUALTY INSURANCE
COMPANY                                                             DEFENDANT

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR STAY OR, IN THE ALTERNATIVE, TO TRANSFER

Pursuant to an opinion issued this day, the Court hereby ORDERS as follows:

(1) Defendant Carolina Casualty Insurance Company's Motion to Dismiss or Stay or, in the alternative, to Transfer [Doc. No. 10] is GRANTED; and

(2) The Clerk of Court shall TRANSFER this action to the United States District Court for the Eastern District of Pennsylvania.

SO ORDERED, this, the 6th day of October, 2017.

_____
SENIOR U.S. DISTRICT JUDGE